IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STORER, ET AL.** | MISC. CASE NO. __16-mc-43__ |
| **VERSUS** | JUDGE DOHERTY |
| **TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL.** | MAGISTRATE JUDGE HANNA |

**REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, DONALD W. STORER**

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Lucille Mary Storer, as Administratrix of the Estate of Donald W. Storer and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiff, Lucille Mary Storer, as Administratrix individually and as legal heir to the Estate of Donald W. Storer, deceased, and Takeda, as notice to the Court on __October 24, 2016__ be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiff participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT

OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

    If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

    This is DONE AND SIGNED in Lafayette, Louisiana, this __26th__ of __October__, 2016.

                                  HONORABLE PATRICK J. HANNA
                                  UNITED STATES MAGISTRATE JUDGE